UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DESHERIA ANDERSON,<br><br>            Plaintiff,<br><br>vs.<br><br>SLEDGE & ASSOCIATES, LLC, et al.,<br><br>            Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-3533-SCJ |

## AMENDED DEFAULT JUDGMENT

      The defendant Sledge & Associates, LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Steve C. Jones, United States District Judge, by order entered November 18, 2014, having directed that judgment issue in favor of plaintiff and against defendant Sledge & Associates, LLC, it is hereby

      ORDERED AND ADJUDGED, that the Court awards Plaintiff judgment against Defendant Sledge & Associates, LLC in the amount of $4,560.00, plus costs in the amount of $414.75, for a total of $4,974.75.

      Dated at Atlanta, Georgia this 19th day of November, 2014.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

                              By:    s/ Denise D.M. McGoldrick
                                                 Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
  November 19, 2014
James N. Hatten
Clerk of Court


By:    s/ Denise D.M. McGoldrick
        Deputy Clerk